In the Matter of the Application of MORRIS WEINFELD, Respondent and Appellant, *v.* SOL ULLMAN, Appellant and Respondent.

*Appeal — interlocutory order not appealable of right to Court of Appeals.*

*Matter of Weinfeld* v. *Ullman*, 203 App. Div. 778, appeal dismissed. (Argued December 13, 1922; decided December 14, 1922.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 7, 1922, which reversed an order of Special Term and remitted the matter to the Special Term with the direction to open and examine the envelopes containing the blank, void and protested ballots and to determine upon the face thereof whether they were or were not legal ballots and, if determined that any of them were, to direct a correction of the canvass accordingly.

*John Godfrey Saxe, George W. Olvany* and *Isaac Ringel* for petitioner, respondent and appellant.

*Richard K. McGonigal* for defendant, appellant and respondent.

40

Appeals dismissed, without costs, on the ground that the order of which review is sought is not a final order; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.   Absent: CRANE, J.